IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jackson, Willie

Printed: 01/29/09

Case Number: 08 B 22614
Judge: Hollis, Pamela S
Filed: 8/27/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 15, 2008
Confirmed: November 3, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,335.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,246.89 |
| Trustee Fee: |  | 88.11 |
| Other Funds: |  | 0.00 |
| Totals: | 1,335.00 | 1,335.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,235.25 | 1,246.89 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 31,704.69 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 1,748.31 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 572.00 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 750.12 | 0.00 |
| 7. | Dell Financial Services, Inc | Unsecured | 216.96 | 0.00 |
| 8. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 9. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | $ 37,227.33 | $ 1,246.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 88.11 |
|  | $ 88.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

